**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| CLAUDE DAVE MATTOX, | ) | NO. CV 12-5880-GW(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| L.S. McEWEN, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: April 17, 2013.

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE